UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20903-CIV-ALTONAGA/Simonton

OOO-RM INVEST
Italyanskaya str #5
St. Petersburg, Russia 191011


        Plaintiff,

v.

NET ELEMENT, INC., F/K/A NET ELEMENT INTERNATIONAL, INC.
3363 NE 163rd Street, Suite 705
North Miami Beach, FL 33160

and

Dmitry Kozko
3363 NE 163rd Street, Suite 705
North Miami Beach, FL 33160

And

Mike Zoi
3363 NE 163rd Street, Suite 705
North Miami Beach, FL 33160


        Defendants.

_____

## AMENDED COMPLAINT

Plaintiff, OOO-RM Invest, by and through its undersigned counsel, hereby files this

Amended Complaint against Net Element, Inc. f/k/a Net Element International, Inc., Dmitry

Kozko and Mike Zoi, and in support thereof avers as follows:

1

## PARTIES

1.     Plaintiff OOO-RM Invest ("RM Invest"), is a limited liability company organized

under the laws of the Russian Federation with its principal place of business in St. Petersburg,

Russia. RM Invest has three (3) members: Tsakhay Katsaev, Sergey Pirozhnikov, and Sasha

Schmdt.

2.     Tsakhay Katsaev is a citizen of the Russian Federation residing at 21 Zagrebsky

Blvd, Apartment 8, St. Petersburg, Russia 192284.  A Certification of Tsakhay Katsaev is

attached hereto as Exhibit "A" and incorporated herein.

3.     Sergey Pirozhnikov is a citizen of the Russian Federation residing at 26-1

Prospect Bolshevikov, Apartment 1, St. Petersburg, Russia 192284.  A Certification of Sergey

Priozhnikov is attached hereto as Exhibit "B" and incorporated herein.

4.     Sasha Schmdt is a citizen of the United States of America residing at 2740

Cropsey Avenue, Apartment 6G, Brooklyn, New York 11214.  A Certification of Sasha Schmdt

is attached hereto as Exhibit "C" and incorporated herein.

5.     Defendant Net Element, Inc. f/k/a Net Element International, Inc. is incorporated

under the laws of Delaware with its principal place of business in Miami-Dade County, Florida.

6.     As set forth in Net Element International, Inc.'s SEC filings:

Net Element International, Inc. was incorporated on April 20, 2010 as a Cayman
Islands exempted company with limited liability under the name Cazador Acquisition
Corporation Ltd. ("Cazador"). Cazador was a blank check company incorporated for
the purpose of effecting a merger, share capital exchange, asset acquisition, share
purchase, reorganization or similar business combination with one or more operating
businesses or assets.  On October 2, 2012, the Company completed a merger (the
"Merger") with Net Element, Inc., a Delaware corporation ("Net Element"), which
was a company with businesses in the online media and mobile commerce payment

2

processing markets. Immediately prior to the effectiveness of the Merger, the Company changed its jurisdiction of incorporation by discontinuing as an exempted company in the Cayman Islands and continuing and domesticating as a corporation incorporated under the laws of the State of Delaware. Effective upon consummation of the Merger, (i) Net Element was merged with and into the Company, resulting in Net Element ceasing to exist and the Company continuing as the surviving company in the Merger, and (ii) the Company changed its name to Net Element International, Inc.... Following the Merger, the Company's business consists of the former business of Net Element. For financial reporting purposes, the Merger was accounted for as a recapitalization of Net Element.

A true and correct copy of the 10-K Report filed with the Securities and Exchange Commission

("SEC") on behalf of Net Element International, Inc. for the year ending December 31, 2012

("2012 10-K") is attached hereto as Exhibit "D" and incorporated herein. *See* Exhibit D, 2012

10-K, at 9.

7.      Net Element, Inc. was originally incorporated under the laws of Delaware on

February 6, 2004. At all relevant times herein, Net Element, Inc. operated its principal place of

business in Miami-Dade County, Florida.

8.      Agreements made by Net Element, Inc., its officers and/or directors on Net

Element, Inc.'s behalf are enforceable against the surviving entity of the Net Element, Inc.-Net

Element International, Inc. merger. As the surviving entity's business consisted of the former

business of Net Element, Inc., Net Element, Inc. and Net Element International, Inc. will

hereinafter be referred to collectively as "NETE, USA". [1]

9.      NETE, USA conducts its business activities in countries outside of the United

States via various subsidiaries which hold NETE, USA's underlying investments or operating

entities. NETE, USA conducts its business operations in the Russian Federation through the

---

1 Net Element International, Inc. subsequently changed its name to Net Element, Inc.

operation of OOO-Net Element Russia ("NETE, Russia"), OOO-TOT Group Russia ("TOT Group Russia") and OOO-TOT Money ("TOT Money Russia"). A chart of NETE, USA's corporate structure as set forth in NETE, USA's 2012 10-K is attached hereto as Exhibit "E") and incorporated herein; a true and correct copy of NETE, USA's 10-Q Report filed with the SEC for the period ending September 30, 2013 ("9-30-2013 10-Q") is attached hereto as Exhibit "F" and incorporated herein; a chart of NETE, USA's corporate structure as set forth in NETE, USA's 9-30-2013 10-Q is attached hereto as Exhibit "G" and incorporated herein.

10.     NETE Russia is a Russian limited liability company which is a wholly owned subsidiary of NETE, USA.

11.     On information and belief, TOT Group Russia is a Russian limited liability company. TOT Group Russia is a wholly owned subsidiary of TOT Group, Inc. an entity incorporated in Delaware in which NETE, USA maintains an eighty nine percent (89%) interest.

12.     TOT Money Russia is a Russian limited liability company which TOT Group Russia maintains a ninety nine percent (99%) interest.

13.     Pursuant to United States Generally Accepted Accounting Principles ("U.S. GAAP"), NETE, USA consolidated financial statements include the assets, liabilities, results of operations, and cash flows of subsidiaries including but not limited to Tot Group, Inc. and NETE Russia.

14.     On information and belief, NETE, USA's consolidated financial statements also take into account assets, liabilities, results of operations, and cash flows of subsidiaries of the entities identified in paragraph 15, including but not limited to TOT Group Russia, and TOT

4

Money Russia.

15.     As a result of the accounting principles employed by NETE, USA, all material intercompany accounts and transactions have been eliminated by NETE, USA's consolidation of its financial statements.

16.     Defendant Mike Zoi ("Zoi"), is an adult individual, who resides and/or maintains his principal place of business in Miami-Dade County, Florida.  Beginning on October 2, 2012 and at all relevant times herein Zoi held the position of Director of NETE, USA.

17.     Zoi was also Chief Executive Officer and Chairman of the board of directors of NETE, USA's predecessor, Net Element, Inc. from 2007 through October 2, 2012, the date of the Net Element International, Inc.-Net Element, Inc. merger.

18.     Subsequent to the Net Element International, Inc.-Net Element Inc., merger, and at all times relevant herein, NETE, USA was effectively controlled by Zoi, NETE, USA's majority stockholder and member of NETE, USA's Board of Directors.

19.     Subsequent to the Net Element International, Inc.-Net Element Inc., merger, and at all times relevant herein, Zoi had *de-facto* control overall key elements of NETE, USA's business, *de-facto* control over corporate actions requiring stockholder approval, including but not limited to electing and removing directors, amending or preventing amendment of NETE USA's certificate of incorporation or bylaws, selling all or substantially all of NETE, USA's assets, and merging NETE, USA with another entity.

20.     Defendant Dmitry Kozko ("Kozko"), is an adult individual, who resides and/or maintains his principal place of business in Miami-Dade County, Florida.  At all relevant times

herein Kozko held the position of President of NETE, USA and Operating Director of NETE, Russia.

21.     Kozko was also the Executive Vice President of Business Development of the Company's predecessor, Net Element, from December 2010 until October 2, 2012 and a director of Net Element from October 24, 2011 until October 2, 2012.

22.     On information and belief, at all times relevant herein, the operations of NETE, USA's subsidiaries, including but not limited to NETE, Russian and TOT Money Russia were directed by NETE, USA from its offices in Miami, Florida.

23.     On information and belief, NETE, USA's subsidiaries, including but not limited to NETE Russia and TOT Money Russia, operate as alter egos of NETE, USA.

## JURISDICTION AND VENUE

24.     The basis of jurisdiction is 28 U.S.C. § 1332 as diversity of citizenship exists between the parties and the amount in controversy is greater than $75,000.

25.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (2) in that NETE, USA is a resident of this state and this judicial district and the remaining Defendants are residents of this state;  and a substantial part of the events or omissions giving rise to RM Invest's claims occurred in this judicial district, including, but not limited to, NETE, USA, Kozko and Zoi's failure to provide financing and deliver key customer accounts; NETE, USA's failure to transfer ownership interest of new entity to RM Invest, NETE, USA's primary place of business is within this state and District, NETE, USA, Kozko and Zoi regularly conduct business within this state and District, have systematic and continuous contact with Florida, have

6

purposefully directed their activities towards Florida, and RM Invest's damages arise from and/or are related to those activities.

### FACTUAL BACKGROUND

26.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation.  These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

27.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

28.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods.  However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days.  Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

29.    In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

30.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

31.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount

of transactions conducted by RM Invest, the lack of initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

32.     As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

33.     In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

34.     During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

35.     In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

36.     As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS. The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

37.     In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957,543.00).

38.     RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

## RM Invest – NETE, USA Agreement

39.     In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

40.     NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

41.     RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model.  The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

42.     After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

43.     On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest.  Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

44.     RM Invest supplied all requested information to NETE, USA

45.     Negotiations continued between RM Invest and NETE, USA through July of 2012.

46.     During the negotiation process, NETE, USA indicated that it would supply the

necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

47.     NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

48.     Vkontakte.ru is a large European social networking site with more than a 100 million active users. [2]

49.     The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

50.     Mail.ru is one of the largest free email services in the Russian-speaking world.

51.     Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

52.     Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

53.     On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

---

2 Odnoklassniki.ru and Vkontakte.ru are social networking sites similar in operation to Facebook. Mail.ru is a free email service provider which operates similarly to gmail.com, outlook.com, and mail.yahoo.com.

54.     RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

55.     On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

> a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;
>
> b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;
>
> c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;
>
> d) NETE, USA would assume liabilities for all current RM Invest transactions;
>
> e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;
>
> f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:
>
>> i.   Odnoklassniki.ru
>>
>> ii.  Vkontakte.ru
>>
>> iii. mail.ru

11

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

56.     Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

57.     Specifically Zoi confirmed that:

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

   i. Odnoklassniki.ru

   ii. Vkontakte.ru

   iii. mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

58.    RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

## NETE, USA's Breach of the Oral Agreement

59.    Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

60.    In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. A true and correct copy of the July 31, 2012 Agreement transferring RM Invest's

13

OJSC "MTS" Contract to TOT Money Russia is attached hereto as Exhibit "H" and incorporated herein; a true and correct copy of the September 20, 2012 Agreement transferring RM Invest's VimpelCom Contract to TOT Money Russia is attached hereto as Exhibit "I" and incorporated herein; a true and correct copy of the February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money is attached hereto as Exhibit "J" and incorporated herein.

61.    In order to facilitate this transfer, RM Invest entered into a written agreement with Net Element Russia, the managing company of TOT Money Russia to transfer said contracts, subscriber base and control of operating accounts. A true and correct copy of July 13, 2012 Agreement is attached hereto as Exhibit "K".

62.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

63.    NETE, USA failed to perform its obligations under the Oral Agreement.

64.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

        a)  NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

        b)  NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

        c)  NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

14

    d)  NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

    e)  NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

    f)  NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

    g)  NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

    h)  NETE, USA failed to properly manage the operations of the RM Invest business;

    i)  NETE, USA failed to properly manage the operations of TOT Money.

65.    RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

66.    At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

67.    RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

68.    NETE, USA failed to cure these breaches within a reasonable time.

69.     In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

70.     NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

71.     As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

### TOT Money International, LTD Shareholder's Agreement

72.     Subsequent to the events set forth above, on January 11, 2013, Net Element International, Inc. entered into a Shareholder's Agreement with Varwood Holdings Limited and TOT Money International, LTD.  A true and correct copy of the January 11, 2013 Shareholder's Agreement is attached hereto as Exhibit "L" and incorporated herein.[3]

73.     However, NETE, USA failed to transfer and operate RM Invest's business operations through TOT Money International, LTD.

74.     Instead, NETE, USA operated TOT Money Russia as its own subsidiary and retained all revenues generated therefrom.

75.     Several other agreements were entered into by the parties to the Shareholders'

---

3 Tsakhay Katsaev ("Katsaev"), a member of Plaintiff RM Invest, and Varwood Holdings Limited ("Varwood"), a company which Katsaev has an ownership interest, may have individual claims against TOT Money International, LTD and/or NETE, USA pursuant to the January 11, 2013 Shareholders' Agreement.  Such potential claims will be brought individually by Katsaev and Varwood pursuant the arbitration provisions of the Shareholder's Agreement. *Importantly, the terms of the Shareholder's Agreement reflect the original intent of the parties with regard to jurisdiction and choice of law, in that the Shareholder's Agreement specifically states that Delaware law is to apply and that the proceedings are to take place in Miami, Florida.*

Agreement and their affiliates and/or subsidiaries setting forth the individual rights of those parties. RM Invest was not a party to any of these agreements. A true and correct copy of January 14, 2013 Agreement between OOO TOT Money, Varwood and Katsaev is attached hereto as Exhibit "M"; a true and correct copy of the July 1, 2013 Agreement between NETE, USA; NETE, Russia; OOO TOT Money; and Katsaev is attached as Exhibit "N" and incorporated herein; and a true and correct copy of the July 31, 2012 Employment Agreement between Katsaev and TOT Money Russia is attached hereto as Exhibit "O". An index of the agreements referenced herein and the parties thereto are attached hereto as Exhibit "P" and incorporated herein.

## COUNT I - BREACH OF CONTRACT
### *RM Invest v. NETE, USA*

76.    RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

77.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation. These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

78.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

79.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods. However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a

period of thirty (30) to sixty (60) days. Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

80. In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

81. In April 2008, RM Invest entered into initial contracts with several cellular operators.

82. Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest, the lack of initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

83. As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

84. In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

85. During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

86.     In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

87.     As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS.  The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

88.     In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

89.     RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

90.     In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

91.     NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

92.     RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model.  The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

93.     After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by

Dmitry Kozko.

94.     On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest.  Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

95.     RM Invest supplied all requested information to NETE, USA

96.     Negotiations continued between RM Invest and NETE, USA through July of 2012.

97.     During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

98.     NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

99.     Vkontakte.ru is a large European social networking site with more than a 100 million active users.

100.    The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

101.    Mail.ru is one of the largest free email services in the Russian-speaking world.

102.    Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

20

103.    Prior to and at the time the above referenced agreements were made, Kozko and

Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the

necessary financing to support the business and that agreements were in place with DST with

regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru,

Vkontakte.ru, and mail.ru.

104.    On information and belief, the representations regarding the ALFA-Bank

financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into

entering into its agreement with NETE, USA.

105.    RM Invest reasonably relied upon Kozko and Zoi's representations when entering

into its agreement with NETE, USA.

106.    On or about July 11, 2012, RM Invest and NETE, USA agreed on the following

terms (hereinafter collectively referred to as the "Oral Agreement"):

> a) NETE, USA and RM Invest would form a new entity, TOT Money
>    International, LTD ("TOT Money") in which to continue the operations of
>    RM Invest;
>
> b) NETE, USA would provide TOT Money financing in the amount of
>    600,000,000 rubles;
>
> c) NETE, USA would assume RM Invest's liabilities with regard to the RM
>    Invest Partners and RM Invest's liabilities to NOMOS-Bank;
>
> d) NETE, USA would assume liabilities for all current RM Invest
>    transactions;

21

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i. Odnoklassniki.ru

      ii. Vkontakte.ru

      iii. mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

107.    Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

108.    Specifically Zoi confirmed that:

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

22

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i. Odnoklassniki.ru

      ii. Vkontakte.ru

      iii. mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

109.    RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

110.    Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

111.    In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS" Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

112.    In order to facilitate this transfer, RM Invest entered into a written agreement with Net Element Russia, the managing company of TOT Money Russia to transfer said contracts, subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

113.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

114.    NETE, USA failed to perform its obligations under the Oral Agreement.

115.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

  a) NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

  b) NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the

time of the Agreement;

c) NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

d) NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

e) NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

f) NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

g) NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

h) NETE, USA failed to properly manage the operations of the RM Invest business;

i) NETE, USA failed to properly manage the operations of TOT Money.

116. RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

117. At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

118. RM Invest became further aware that, contrary to Kozko and Zoi's

25

representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

119.    NETE, USA failed to cure these breaches within a reasonable time.

120.    In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

121.    NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

122.    As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

123.    As set forth in greater detail herein above, RM Invest and NETE, USA entered into legally binding and enforceable oral contract whereby RM Invest would merge its business with business to be supplied by NETE, USA for a thirty percent (30%) ownership in the combined business, NETE, USA would secure all financing necessary for the operation of the combined business, and NETE, USA would manage the operations of the combined business.

124.    NETE, USA violated and breached the parties' legally binding and enforceable oral contract in the following manner:

> a)   NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;
>
> b)  NETE, USA failed to assume liabilities of RM Invest and make payments

for billing and payment transactions processed through RM Invest at the time of the Agreement;

c)  NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

d)  NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

e)  NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

f)  NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

g)  NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

h)  NETE, USA failed to properly manage the operations of the RM Invest business;

i)  NETE, USA failed to properly manage the operations of TOT Money.

125.    As a result of said actions, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company.

**WHEREFORE**, RM Invest demands judgment against NETE, USA in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further relief as the court deems appropriate.

## COUNT II – NEGLIGENT MISREPRESENTATION
### *RM Invest v. Kozko and Zoi*

126.    RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

127.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation.  These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

128.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

129.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods.  However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days.  Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

130.    In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

131.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

132.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount

28

of transactions conducted by RM Invest, the lack of initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

133. As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

134. In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

135. During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

136. In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

137. As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS. The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

138. In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

139.     RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

140.     In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

141.     NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

142.     RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model. The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

143.     After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

144.     On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest. Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

145.     RM Invest supplied all requested information to NETE, USA

146.     Negotiations continued between RM Invest and NETE, USA through July of 2012.

147.     During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE,

30

USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

148.    NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

149.    Vkontakte.ru is a large European social networking site with more than a 100 million active users.

150.    The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

151.    Mail.ru is one of the largest free email services in the Russian-speaking world.

152.    Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

153.    Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

154.    On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

155.    RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

156.     On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d)  NETE, USA would assume liabilities for all current RM Invest transactions;

e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i.   Odnoklassniki.ru

      ii.  Vkontakte.ru

      iii. mail.ru

g)  RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

32

    h)  Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

    i)  RM Invest would provide access to TOT Money to RM Invest's operating accounts;

    j)  RM Invest would transfer client accounts and contracts to TOT Money;

157.    Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

158.    Specifically Zoi confirmed that:

    a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

    b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

    c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

    d)  NETE, USA would assume liabilities for all current RM Invest transactions;

    e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

    f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST

structures:

    i. Odnoklassniki.ru

    ii. Vkontakte.ru

    iii. mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

159. RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

160. Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

161. In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS" Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

162.     In order to facilitate this transfer, RM Invest entered into a written agreement with Net Element Russia, the managing company of TOT Money Russia to transfer said contracts, subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

163.     A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

164.     NETE, USA failed to perform its obligations under the Oral Agreement.

165.     Specifically, NETE, USA breached the following terms of the Oral Agreement:

      a)  NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

      b)  NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

      c)  NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

      d)  NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

      e)  NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

      f)  NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

g) NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

h) NETE, USA failed to properly manage the operations of the RM Invest business;

i) NETE, USA failed to properly manage the operations of TOT Money.

166. RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

167. At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

168. RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

169. NETE, USA failed to cure these breaches within a reasonable time.

170. In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

171. NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

172. As a result of NETE, USA's actions, the value of the RM Invest business was

destroyed.

173.    As set forth more fully above, prior to and at the time the above referenced agreements were made, Kozko and Zoi made representations to RM Invest that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that NETE, USA had agreements in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

174.    Kozko and Zoi knew or should have known that these statements were false at the time they were made.

175.    Kozko and Zoi intended or expected that RM Invest would reasonably rely on these representations.

176.    RM Invest justifiably relied upon Kozko and Zoi's representations when entering into the Agreement with NETE, USA, to its detriment.

177.    As described more fully above, NETE, USA's failure to obtain the promised financing and NETE, USA's failure to acquire the promised business accounts from DST resulted in the complete loss of the RM Invest business.

178.    Based on the foregoing, Kozko and Zoi's material misrepresentations to RM Invest regarding the ALFA-Bank financing DST business accounts were a direct cause of RM Invest's damages.

179.    As a result of said actions, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company.

**WHEREFORE**, RM Invest demands judgment against Kozko and Zoi in an amount in

excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further relief as the court deems appropriate.

## COUNT III – FRAUD IN THE INDUCEMENT
### *RM Invest v. Kozko and Zoi*

180.  RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

181.  In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation. These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

182.  In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

183.  The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods. However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days. Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

184.  In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

185.  In April 2008, RM Invest entered into initial contracts with several cellular operators.

186.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest,  the lack of  initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

187.    As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

188.    In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

189.    During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

190.    In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

191.    As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS. The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

192.    In 2011, RM Invest processed billing and payment transactions totaling One

Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

193.     RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

194.     In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

195.     NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

196.     RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model.  The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

197.     After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

198.     On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest.  Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

199.     RM Invest supplied all requested information to NETE, USA

200.     Negotiations continued between RM Invest and NETE, USA through July of 2012.

201.    During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

202.    NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

203.    Vkontakte.ru is a large European social networking site with more than a 100 million active users.

204.    The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

205.    Mail.ru is one of the largest free email services in the Russian-speaking world.

206.    Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

207.    Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

208.    On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

41

209.    RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

210.    On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

   a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

   b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

   c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

   d)  NETE, USA would assume liabilities for all current RM Invest transactions;

   e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

   f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i.   Odnoklassniki.ru

      ii.  Vkontakte.ru

      iii. mail.ru

42

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

211. Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

212. Specifically Zoi confirmed that:

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

43

    f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

        i. Odnoklassniki.ru

        ii. Vkontakte.ru

        iii. mail.ru

    g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

    h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

    i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

    j) RM Invest would transfer client accounts and contracts to TOT Money;

213.    RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

214.    Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

215.    In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS" Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM

Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

216.    In order to facilitate this transfer, RM Invest entered into a written agreement with Net Element Russia, the managing company of TOT Money Russia to transfer said contracts, subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

217.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

218.    NETE, USA failed to perform its obligations under the Oral Agreement.

219.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

   a) NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

   b) NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

   c) NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

   d) NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

   e) NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

  f) NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

  g) NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

  h) NETE, USA failed to properly manage the operations of the RM Invest business;

  i) NETE, USA failed to properly manage the operations of TOT Money.

220. RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

221. At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

222. RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

223. NETE, USA failed to cure these breaches within a reasonable time.

224. In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

225. NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients,

loss of financing, and the loss of the business's goodwill.

226. As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

227. As set forth more fully above, prior to and at the time the above referenced agreements were made, Kozko and Zoi made representations to RM Invest that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that NETE, USA had agreements in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

228. Kozko and Zoi knew or should have known that these statements were false at the time they were made.

229. Kozko and Zoi intended or expected that RM Invest would reasonably rely on these representations.

230. RM Invest justifiably relied upon Kozko and Zoi's representations when entering into the Agreement with NETE, USA, to its detriment.

231. As described more fully above, NETE, USA's failure to obtain the promised financing and NETE, USA's failure to acquire the promised business accounts from DST resulted in the complete loss of the RM Invest business.

232. Based on the foregoing, Kozko and Zoi's material misrepresentations to RM Invest regarding the ALFA-Bank financing DST business accounts were a direct cause of RM Invest's damages.

233. As a result of said actions, RM Invest has suffered damages in excess of Fifty

Million Dollars ($50,000,000.00) based on the lost value of the company.

**WHEREFORE,** RM Invest demands judgment against Kozko and Zoi in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further relief as the court deems appropriate.

### COUNT IV – CONVERSION
### *RM Invest v. NETE, USA*

234.    RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

235.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation. These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

236.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

237.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods. However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days. Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

238.    In March 2008, RM Invest began operation of its website, which allowed RM

48

Invest to accept registration of new cellular operators.

239.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

240.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest, the lack of initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

241.    As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

242.    In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

243.    During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

244.    In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

245.    As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS. The Beeline,

Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

246. In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

247. RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

248. In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

249. NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

250. RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model. The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

251. After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

252. On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest. Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

253.    RM Invest supplied all requested information to NETE, USA

254.    Negotiations continued between RM Invest and NETE, USA through July of 2012.

255.    During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

256.    NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

257.    Vkontakte.ru is a large European social networking site with more than a 100 million active users.

258.    The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

259.    Mail.ru is one of the largest free email services in the Russian-speaking world.

260.    Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

261.    Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

51

262.    On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

263.    RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

264.    On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

     a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

     b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

     c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

     d)  NETE, USA would assume liabilities for all current RM Invest transactions;

     e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

     f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

         i.  Odnoklassniki.ru

        ii.  Vkontakte.ru

      iii.  mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

265.    Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

266.    Specifically Zoi confirmed that:

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest

transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

    i. Odnoklassniki.ru

    ii. Vkontakte.ru

    iii. mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

267.   RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

268.   Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

269.   In order for TOT Money to operate the business in Russia the contracts, subscriber

base, and control of the RM Invest operating accounts were required to be transferred to TOT

Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS"

Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM

Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement

transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

270.    In order to facilitate this transfer, RM Invest entered into a written agreement with

Net Element Russia, the managing company of TOT Money Russia to transfer said contracts,

subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

271.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer

of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

272.    NETE, USA failed to perform its obligations under the Oral Agreement.

273.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

        a)  NETE, USA failed to provide the agreed upon financing of 600,000,000

            Rubles through ALFA-Bank for use as operating capital;

        b)  NETE, USA failed to assume liabilities of RM Invest and make payments

            for billing and payment transactions processed through RM Invest at the

            time of the Agreement;

        c)  NETE, USA failed to make payments to RM Invest Employees and/or

            TOT Money Employees;

        d)  NETE, USA failed to timely pay interest on RM Invest's factoring

            arrangement with NOMOS-Bank;

e) NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

f) NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

g) NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

h) NETE, USA failed to properly manage the operations of the RM Invest business;

i) NETE, USA failed to properly manage the operations of TOT Money.

274.    RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

275.    At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

276.    RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE, USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

277.    NETE, USA failed to cure these breaches within a reasonable time.

278.    In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined

to do so and continued operating the businesses, to RM Invest's detriment.

279. NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

280. As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

281. As set forth more fully above, RM Invest owned and had the right to possess its subscriber contracts, subscriber base, and its operating accounts.

282. NETE, USA intentionally interfered with and/or exercised dominion and control over Plaintiff's subscriber contracts, subscriber base, and its operating accounts.

283. NETE, USA's interference and/or exercise of control deprived Plaintiff of possession and use of its subscriber contracts, subscriber base, and its operating accounts.

284. NETE, USA's interference and /or exercise of control over RM Invest's subscriber contracts, subscriber base, and its operating accounts prevented the Plaintiff from continuing to operate its business.

285. As a result of said actions, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company.

**WHEREFORE**, RM Invest demands judgment against NETE, USA in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further relief as the court deems appropriate.

## COUNT V– UNIFORM TRADE SECRET CLAIM
### *RM INVEST v. NETE, USA*

286.    RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

287.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation.  These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

288.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

289.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods.  However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days.  Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

290.    In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

291.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

292.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest,  the lack of  initial transactional traffic resulted in RM

Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

293.   As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

294.   In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

295.   During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

296.   In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

297.   As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS. The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

298.   In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

299.   RM Invest's business continued to expand in 2012, wherein RM Invest processed

Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

300.    In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

301.    NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

302.    RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model. The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

303.    After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

304.    On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest. Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

305.    RM Invest supplied all requested information to NETE, USA

306.    Negotiations continued between RM Invest and NETE, USA through July of 2012.

307.    During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating

in Russia, as a client to the new venture.

308. NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

309. Vkontakte.ru is a large European social networking site with more than a 100 million active users.

310. The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

311. Mail.ru is one of the largest free email services in the Russian-speaking world.

312. Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

313. Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

314. On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

315. RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

316. On or about July 11, 2012, RM Invest and NETE, USA agreed on the following

terms (hereinafter collectively referred to as the "Oral Agreement"):

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i.  Odnoklassniki.ru

     ii.  Vkontakte.ru

   iii.  mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director

62

of TOT Money;

    i)  RM Invest would provide access to TOT Money to RM Invest's operating accounts;

    j)  RM Invest would transfer client accounts and contracts to TOT Money;

317. Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

318. Specifically Zoi confirmed that:

    a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

    b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

    c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

    d)  NETE, USA would assume liabilities for all current RM Invest transactions;

    e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

    f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

63

        i.  Odnoklassniki.ru

       ii.  Vkontakte.ru

     iii.  mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating accounts;

j) RM Invest would transfer client accounts and contracts to TOT Money;

319. RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

320. Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

321. In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS" Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

322. In order to facilitate this transfer, RM Invest entered into a written agreement with

Net Element Russia, the managing company of TOT Money Russia to transfer said contracts, subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

323.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

324.    NETE, USA failed to perform its obligations under the Oral Agreement.

325.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

      a)  NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

      b)  NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

      c)  NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

      d)  NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

      e)  NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

      f)  NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

      g)  NETE, USA failed to transfer promised shares of stock in NETE, USA to

RM Invest;

h)  NETE, USA failed to properly manage the operations of the RM Invest business;

i)  NETE, USA failed to properly manage the operations of TOT Money.

326.  RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

327.  At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

328.  RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

329.  NETE, USA failed to cure these breaches within a reasonable time.

330.  In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

331.  NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

332.  As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

66

333. RM Invest's subscriber lists, and subscriber contracts constitute trade secrets under the Uniform Trade Secrets Act ("UTSA") and the Florida Uniform Trade Secrets Act ("FUTSA").

334. As set forth more fully above, RM Invest's subscriber list and subscriber contracts possess independent economic value.

335. The information contained in RM Invest's subscriber list and subscriber contracts is not generally known to others who can obtain economic value from its disclosure.

336. The information contained in RM Invest's subscriber list and subscriber contracts is not readily ascertainable by proper means by those who can obtain value from its use.

337. RM Invest uses reasonable efforts under the circumstances to maintain its secrecy.

338. NETE, USA has misappropriated and continues to misappropriate RM Invest's subscriber accounts and subscriber contracts to RM Invest's detriment.

339. As set forth more fully above, NETE, USA gained access and control to RM Invest's subscriber accounts and subscriber contracts through improper means.

340. As a result of said actions, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company.

**WHEREFORE,** RM Invest demands judgment against NETE, USA in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, exemplary damages, attorneys' fees, as well as such further relief as the court deems appropriate.

### COUNT VI- UNJUST ENRICHMENT
### *RM Invest v. NETE, USA*

341. RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length

herein.

342.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation.  These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

343.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

344.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods.  However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days.  Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

345.    In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

346.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

347.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest,  the lack of  initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%)

below the market rate.

348.     As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

349.     In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

350.     During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

351.     In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

352.     As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS.  The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

353.     In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

354.     RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00)

in billing and payment transactions in the first quarter of 2012.

355.    In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

356.    NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

357.    RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model.  The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

358.    After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

359.    On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest.  Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

360.    RM Invest supplied all requested information to NETE, USA

361.    Negotiations continued between RM Invest and NETE, USA through July of 2012.

362.    During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

363.    NETE, USA indicated that the DST accounts to be provided would include Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

364.    Vkontakte.ru is a large European social networking site with more than a 100 million active users.

365.    The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

366.    Mail.ru is one of the largest free email services in the Russian-speaking world.

367.    Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

368.    Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

369.    On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

370.    RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

371.    On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

71

a) NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i.  Odnoklassniki.ru

     ii.  Vkontakte.ru

   iii.  mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

   i)   RM Invest would provide access to TOT Money to RM Invest's operating accounts;

   j)   RM Invest would transfer client accounts and contracts to TOT Money;

372.   Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

373.   Specifically Zoi confirmed that:

   a)   NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

   b)   NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

   c)   NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

   d)   NETE, USA would assume liabilities for all current RM Invest transactions;

   e)   NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

   f)   NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

     i.   Odnoklassniki.ru

73

        ii.  Vkontakte.ru

        iii.  mail.ru

  g)  RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

  h)  Tcahai Hairullaevich Katcaev would be named of General Director of TOT Money;

  i)  RM Invest would provide access to TOT Money to RM Invest's operating accounts;

  j)  RM Invest would transfer client accounts and contracts to TOT Money;

374.    RM Invest and NETE, USA intended that the terms of the Oral Agreement be executed within one year of the Oral Agreement having been made.

375.    Pursuant to the Agreement between the parties, RM Invest began transferring its contracts, subscriber base, and control of its operating accounts to TOT Money.

376.    In order for TOT Money to operate the business in Russia the contracts, subscriber base, and control of the RM Invest operating accounts were required to be transferred to TOT Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS" Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

377.    In order to facilitate this transfer, RM Invest entered into a written agreement with Net Element Russia, the managing company of TOT Money Russia to transfer said contracts,

subscriber base and control of operating accounts. *See* Exhibit K, July 13, 2012 Agreement.

378.   A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

379.   NETE, USA failed to perform its obligations under the Oral Agreement.

380.   Specifically, NETE, USA breached the following terms of the Oral Agreement:

  a) NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

  b) NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

  c) NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

  d) NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

  e) NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

  f) NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

  g) NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

> h) NETE, USA failed to properly manage the operations of the RM Invest business;
>
> i) NETE, USA failed to properly manage the operations of TOT Money.

381. RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

382. At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

383. RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

384. NETE, USA failed to cure these breaches within a reasonable time.

385. In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

386. NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

387. As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

388. As set forth more fully above, if there is a finding that no enforceable agreement

between RM Invest and NETE, USA exists, RM Invest conveyed a benefit upon NETE, USA without receiving just compensation, and NETE, USA was therefore unjustly enriched.

389.    RM Invest conferred a substantial benefit upon NETE, USA when it transferred its business operations to TOT Money, at the behest and for the benefit of NETE, USA.

390.    As set forth more fully above, NETE, USA appreciated the benefit conferred that it collected revenues and continues to collect revenues generated by RM Invest's former business operations, but failed to compensate RM Invest for the for the value of its transferred business operations.

391.    NETE, USA's acceptance and retention of these benefits under the circumstances make it inequitable for NETE, USA to retain the benefit without paying the value of the benefit.

392.    As a result of NETE, USA's retention of the RM Invest business operations, NETE, USA has been unjustly enriched.

393.    As a result of the foregoing, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company's business operations.

**WHEREFORE**, RM Invest demands judgment against NETE, USA in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further relief as the court deems appropriate.

## COUNT VII – SECURITIES FRAUD PURSUANT TO FLA. STAT. § 517.301
### *RM Invest v. NETE, USA*

394.    RM Invest hereby repeats and incorporates paragraphs 1-23 as set forth at length herein.

395.    In 2005 a group of investors began developing a business model for billing and payment services to be provided in the Russian Federation.  These billing and payment services were processed through cellular operators which conduct business in the Russian Federation.

396.    In December 2007, the investors formed OOO-RM Invest to operate the billing and payment service.

397.    The billing and payment services provided by RM Invest are analogous to a Paypal transaction in the United States, wherein a purchaser uses the RM Invest service to buy goods or services and RM Invest makes payment to the seller of the goods.  However, in the Russian Federation, payments by the purchaser are not applied to the RM Invest accounts for a period of thirty (30) to sixty (60) days.  Thus, billing and payment services in the Russian Federation must rely on large credit facilities to finance payments made to sellers of goods and services during the transaction period.

398.    In March 2008, RM Invest began operation of its website, which allowed RM Invest to accept registration of new cellular operators.

399.    In April 2008, RM Invest entered into initial contracts with several cellular operators.

400.    Because the percentage of each transaction owed to RM Invest by the cellular operators processed under these initial agreements was directly correlated to the overall amount of transactions conducted by RM Invest,  the lack of  initial transactional traffic resulted in RM Invest's collectible percentage being valued between ten percent (10%) to twelve percent (12%) below the market rate.

401.    As a result of this dynamic, RM Invest was forced to run its business at a loss until the company could satisfy the cellular operator's transactional traffic requirements necessary to secure market rates.

402.    In order to finance the business at this time, it was necessary for RM Invest to obtain private financing with interest rates between twenty five percent (25%) and twenty eight percent (28%), which further increased RM Invest's operating expenses.

403.    During the period of RM Invest's initial operations, April 15, 2008 through December 14, 2010, RM Invest incurred operating expenses equaling approximately Four Million Seven Hundred Thousand Dollars ($4,700,000.00).

404.    In the period between 2010 and November 2011, RM Invest continued to increase the amount of cellular operator transactions that RM Invest processed.

405.    As of November 2011, RM Invest had secured lucrative contracts with multiple cellular operators, including but not limited to Beeline, Megafon and MTS.  The Beeline, Megafon, and MTS operators accounted for more than ninety percent (90%) of the transactions processed by RM Invest.

406.    In 2011, RM Invest processed billing and payment transactions totaling One Hundred Twenty Two Million Nine Hundred Fifty Seven Thousand Five Hundred and Forty Three Dollars ($122,957, 543.00).

407.    RM Invest's business continued to expand in 2012, wherein RM Invest processed Fifty One Million Eight Hundred Seventy Three Thousand and Twenty Dollars ($51,873,020.00) in billing and payment transactions in the first quarter of 2012.

408.     In November 2011, NETE, USA indicated that it was interested in making an investment in RM Invest.

409.     NETE, USA was represented by Zoi in its initial discussions with RM Invest concerning NETE, USA's potential investment in RM Invest.

410.     RM Invest supplied NETE, USA, through Zoi, information relevant to the operation of RM Invest's business model.  The information provided included but was not limited to the Beeline, Megafon and MTS accounts and the revenues derived therefrom.

411.     After reviewing the information provided by RM Invest, Zoi indicated that NETE, USA was ready to invest in RM Invest, pending a final review of RM Invest's operations by Dmitry Kozko.

412.     On November 30, 2011 Kozko spoke with RM Invest via telephone regarding NETE, USA's intention to invest in RM Invest.  Following that conversation, Kozko, on behalf of NETE, USA, requested financial and operational information from RM Invest.

413.     RM Invest supplied all requested information to NETE, USA

414.     Negotiations continued between RM Invest and NETE, USA through July of 2012.

415.     During the negotiation process, NETE, USA indicated that it would supply the necessary financing for the venture through its relationship with ALFA-Bank and that NETE, USA would deliver Digital Sky Technologies ("DST"), a large social media company operating in Russia, as a client to the new venture.

416.     NETE, USA indicated that the DST accounts to be provided would include

80

Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

417.  Vkontakte.ru is a large European social networking site with more than a 100 million active users.

418.  The Mail.ru group, which includes Mail.ru and Odnoklassnik.ru, is the largest internet company in the Russian-speaking world.

419.  Mail.ru is one of the largest free email services in the Russian-speaking world.

420.  Odnoklassniki.ru is one of the three largest Russian-language online networking sites.

421.  Prior to and at the time the above referenced agreements were made, Kozko and Zoi confirmed that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

422.  On information and belief, the representations regarding the ALFA-Bank financing and the DST agreements were made by Kozko and Zoi to induce RM Invest into entering into its agreement with NETE, USA.

423.  RM Invest reasonably relied upon Kozko and Zoi's representations when entering into its agreement with NETE, USA.

424.  On or about July 11, 2012, RM Invest and NETE, USA agreed on the following terms (hereinafter collectively referred to as the "Oral Agreement"):

> a)  NETE, USA and RM Invest would form a new entity, TOT Money

International, LTD ("TOT Money") in which to continue the operations of RM Invest;

b) NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

c) NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

d) NETE, USA would assume liabilities for all current RM Invest transactions;

e) NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

f) NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

      i.  Odnoklassniki.ru

     ii.  Vkontakte.ru

   iii.  mail.ru

g) RM Invest would receive a thirty percent (30%) ownership stake in the TOT Money and/or receive shares of stock in NETE, USA;

h) Tcahai Hairullaevich Katcaev would hold the position of General Director of TOT Money;

i) RM Invest would provide access to TOT Money to RM Invest's operating

accounts;

    j)  RM Invest would transfer client accounts and contracts to TOT Money;

425.    Zoi confirmed the terms of the above referenced Oral Agreement during a meeting with RM Invest which took place between July 23rd and July 28th 2012.

426.    Specifically Zoi confirmed that:

    a)  NETE, USA and RM Invest would form a new entity, TOT Money International, LTD ("TOT Money") in which to continue the operations of RM Invest;

    b)  NETE, USA would provide TOT Money financing in the amount of 600,000,000 rubles;

    c)  NETE, USA would assume RM Invest's liabilities with regard to the RM Invest Partners and RM Invest's liabilities to NOMOS-Bank;

    d)  NETE, USA would assume liabilities for all current RM Invest transactions;

    e)  NETE, USA would assume responsibility for all business operations of RM Invest and TOT Money;

    f)  NETE, USA would deliver the Digital Sky Technologies ("DST") account to TOT Money, including but not limited to the following key DST structures:

        iv.  Odnoklassniki.ru

        v.  Vkontakte.ru

vi.   mail.ru

g)   RM Invest would receive a thirty percent (30%) ownership stake in the
TOT Money and/or receive shares of stock in NETE, USA;

h)   Tcahai Hairullaevich Katcaev would be named of General Director of
TOT Money;

i)   RM Invest would provide access to TOT Money to RM Invest's operating
accounts;

j)   RM Invest would transfer client accounts and contracts to TOT Money;

427.   RM Invest and NETE, USA intended that the terms of the Oral Agreement be
executed within one year of the Oral Agreement having been made.

428.   Pursuant to the Agreement between the parties, RM Invest began transferring its
contracts, subscriber base, and control of its operating accounts to TOT Money.

429.   In order for TOT Money to operate the business in Russia the contracts, subscriber
base, and control of the RM Invest operating accounts were required to be transferred to TOT
Money Russia. *See* Exhibit H, July 31, 2012 Agreement transferring RM Invest's OJSC "MTS"
Contract to TOT Money Russia; Exhibit I, September 20, 2012 Agreement transferring RM
Invest's VimpelCom Contract to TOT Money Russia; Exhibit J, February 26, 2013 Agreement
transferring RM Invest's OJSC "MegaFon" contract to OOO-Tot Money.

430.   In order to facilitate this transfer, RM Invest entered into a written agreement with
Net Element Russia, the managing company of TOT Money Russia to transfer said contracts,
subscriber base and control of operating accounts.  *See* Exhibit K, July 13, 2012 Agreement.

84

431.    A secondary purpose of the July 13, 2012 Agreement was to facilitate the transfer of working capital, in the form of financing to RM Invest as set forth in the Oral Agreement.

432.    NETE, USA failed to perform its obligations under the Oral Agreement.

433.    Specifically, NETE, USA breached the following terms of the Oral Agreement:

    a)  NETE, USA failed to provide the agreed upon financing of 600,000,000 Rubles through ALFA-Bank for use as operating capital;

    b)  NETE, USA failed to assume liabilities of RM Invest and make payments for billing and payment transactions processed through RM Invest at the time of the Agreement;

    c)  NETE, USA failed to make payments to RM Invest Employees and/or TOT Money Employees;

    d)  NETE, USA failed to timely pay interest on RM Invest's factoring arrangement with NOMOS-Bank;

    e)  NETE, USA failed to deliver the DST business to TOT Money, including but not limited the following accounts: Odnoklassniki.ru, Vkontakte.ru, and mail.ru;

    f)  NETE, USA failed to transfer a 30% ownership interest in TOT Money to RM Invest;

    g)  NETE, USA failed to transfer promised shares of stock in NETE, USA to RM Invest;

    h)  NETE, USA failed to properly manage the operations of the RM Invest

business;

    i)  NETE, USA failed to properly manage the operations of TOT Money.

434.    RM Invest became aware of NETE, USA's breaches only after ninety percent (90%) of the RM Invest accounts had already been transferred to TOT Money.

435.    At this time, RM Invest became aware that, contrary to Kozko and Zoi's representations, NETE, USA had not finalized the financing agreements with ALFA-Bank prior to its entry into the Agreement.

436.    RM Invest became further aware that, contrary to Kozko and Zoi's representations, NETE. USA had yet to secure agreements regarding the DST business, including but not limited to the Odnoklassniki.ru, Vkontakte.ru, and mail.ru accounts.

437.    NETE, USA failed to cure these breaches within a reasonable time.

438.    In December 2012, RM Invest requested that NETE, USA return all RM Invest supplied financial accounts, client contracts, and operations to RM Invest. NETE, USA declined to do so and continued operating the businesses, to RM Invest's detriment.

439.    NETE, USA continued to be unable to provide reliable billing and payment services to the RM Invest/TOT Money clientele, a failure which resulted in the loss of clients, loss of financing, and the loss of the business's goodwill.

440.    As a result of NETE, USA's actions, the value of the RM Invest business was destroyed.

441.    As set more fully above, NETE, USA offered securities, in the form of NETE, USA shares of stock, to RM Invest as consideration for the transfer of RM Invest's subscriber

base, subscriber contracts, and RM Invest's operating accounts under the terms of the Oral Agreement.

442.    NETE, USA, in connection with this offer of securities, used untrue statements of material fact and/or the omission of material facts necessary to make the statements made not misleading, to obtain property owned by RM Invest.

443.    Specifically, NETE, USA, and its agents made representations that prior to and at the time the above referenced Oral Agreement was made, that NETE, USA had agreements in place with ALFA-Bank to provide the necessary financing to support the business and that agreements were in place with DST with regard to the delivery of DST key accounts, including but not limited to Odnoklassniki.ru, Vkontakte.ru, and mail.ru.

444.    In fact, the financing agreements with ALFA-Bank and the agreements between NETE, USA and DST were not in place at the time the Oral Agreement was made. Thus the above material statements made by NETE, USA were untrue and/or omitted material facts which caused the statements made to be misleading.

445.    In addition to NETE, USA's material misrepresentations, NETE, USA failed to deliver the promised securities to RM Invest.

446.    As a result of the foregoing, RM Invest has suffered damages in excess of Fifty Million Dollars ($50,000,000.00) based on the lost value of the company's business operations and the lost value of the promised securities.

**WHEREFORE**, RM Invest demands judgment against NETE, USA in an amount in excess of Fifty Million Dollars ($50,000,000.00), plus cost and interest, as well as such further

relief as the court deems appropriate.

DATED this 2nd day of May, 2014                Respectfully Submitted,

By: _____

Evan Frank, Esquire
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
Telephone No.: (215) 935-1000
Facsimile: (215) 935-1110
*Attorney for Plaintiff OOO-RM Invest*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury for all claims so triable.


DATED this 2nd day of May, 2014        Respectfully Submitted,

By: _____

Evan Frank, Esquire
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
Telephone No.: (215) 935-1000
Facsimile: (215) 935-1110
*Attorney for Plaintiff OOO-RM Invest*

89